Name: Eric Ryanen / Rizio Lipinsky Law Firm PC (SBN: 146559)
Address: 2677 N. Main Street, Suite 225
City, State, Zip: Santa Ana, CA 92705
Phone: (714) 547-1234
Fax: (714) 547-1245
E-Mail: eryanen@riziolawfirm.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MCGRANAHAN

PLAINTIFF(S),

v.

GEICO INDEMNITY COMPANY, et al.

DEFENDANT(S).

CASE NUMBER:

5:22-cv-00125-FLA-KK

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Michael McGranahan_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order Granting Defendant's MSJ (Dkt. 26)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _01/31/2024_. Entered on the docket in this action on _01/31/24 (Docket #44)_.

A copy of said judgment or order is attached hereto.

02/27/2024
Date

Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# PROOF OF SERVICE

UNITED STATES OF AMERICA   )
                           ) ss.
STATE OF CALIFORNIA        )

     I am a resident of the State of California, County of San Bernardino.  I am over the age of eighteen years and not a party to the within action.  My business address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709.

     On February 27, 2024, I served on the interested parties in this action the within document(s) entitled:

## NOTICE OF APPEAL

[X]   **BY COURT'S CM/ECF SYSTEM** – Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the person(s) listed below.

[X]   **BY ELECTRONIC SERVICE (C.C.P. § 1010.6(a)(6))** - the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files.  The transmission was reported as complete and without error.  My electronic notification address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709.  My e-mail address is msambrano@riziolawfirm.com.

| Bruce Cleeland, Esq.<br>Haight, Brown & Bonesteel, LLP<br>2030 Main Street, Suite 1525<br>Irvine, CA  92614<br>(714) 426-4600 / Office<br>(714) 754-0826 / Fax<br>Email: bcleeland@hbblaw.com | **Attorneys for Defendants, GEICO INDEMNITY COMPANY**<br><br>New counsel as of 01/26/24 |
|---|---|

[ ]   **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[X]   **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

**PROOF OF SERVICE** - 1

1
2   Executed on February 27, 2024, at Chino Hills, California.
3
4   _____
5   MARY ELLEN SAMBRANO
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE** - 2