UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL MCGRANAHAN, | No. 24-1037 |
| Plaintiff - Appellant, | D.C. No. 5:22-cv-00125-FLA-kk |
| v. | Central District of California, Riverside |
| GEICO INDEMNITY COMPANY, | MANDATE |
| Defendant - Appellee, | |
| and | |
| GEICO GENERAL INSURANCE COMPANY and DOES, 1 through 100, inclusive, | |
| Defendants. | |

The judgment of this Court, entered March 20, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT